IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TODD S. WILLIAMS,

        Petitioner,

v.                              Case No.  5D17-2459

STATE OF FLORIDA,

        Respondent.

_____

Opinion filed September 18, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Todd S. Williams, Lake Butler, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 11, 2017, order denying Petitioner's pro se motion for postconviction relief, filed in Case No. 2012-CF-1164-A, in the Circuit Court in and for Citrus County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

        PETITION GRANTED.

COHEN, C.J., SAWAYA and EDWARDS, JJ., concur.